# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| In re: ) | |
| ) | |
| ) | **Chapter 7** |
| **AMIT MEHTA,** ) | **Case No. 15-11310 (JNF)** |
| ) | |
| **Debtor.** ) | |
| ) | |

## TRUSTEE'S NOTICE OF ABANDONMENT OF REAL PROPERTY

PLEASE TAKE NOTICE that, pursuant to section 554(a) of the United States Bankruptcy Code, 11 U.S.C. section 101 *et seq.* (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 6007(a) and Massachusetts Local Bankruptcy Rule 6007-1, Lynne F. Riley (the "Trustee"), the duly-appointed Chapter 7 Trustee of the bankruptcy estate (the "Estate") of Amit Mehta (the "Debtor"), intends to abandon the interest of the Estate in real property located at 11 Nod Hill Road, Newton, Massachusetts (the "Real Property").

As grounds for the abandonment, the Trustee states that the Real Property is subject to a first mortgage held by Boston Private Bank & Trust to secure an obligation of the Debtor that, as of the petition date, amounted to approximately $892,010.70 and a second mortgage held by Wellesley Bank to secure an obligation by the Debtor, that as of the petition date, amounted to approximately $50,438.96. Both the Debtor's schedules and third party sources estimate the value of the Real Property to be approximately $1,200,000. The Real Property is also subject to the Debtor's claim of homestead in the amount of $500,000. Accordingly, the Real Property is of no value to the Estate.

Based upon the forgoing, abandonment is appropriate pursuant to section 554(a) of the Bankruptcy Code as the Real Property is burdensome and of inconsequential value to the Estate.

The Real Property will be deemed abandoned unless a creditor or other party in interest files a written objection to the proposed abandonment with the Clerk's Office of the United States Bankruptcy Court, 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109-3945 and serves a copy of such objection on the undersigned within fourteen (14) days of the mailing of this notice.

Dated: May 24, 2016

Respectfully submitted,

Lynne F. Riley, Chapter 7 Trustee,
By her counsel,

/s/ *Lynne F. Riley*
Lynne F. Riley (BBO #561965)
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
617-426-5900
Fax : 617-449-9516
Email: riley@casneredwards.com

## CERTIFICATE OF SERVICE

I, Lynne F. Riley, hereby certify that on May 24, 2016, pursuant to MLBR 6007-1(b), I served a copy of the foregoing, electronically via the Court's CM/ECF system and by first class mail, postage prepaid, on the following:

Boston Private Bank &Trust Company
Attn: Jim Shulman
Ten Post Office Square
Boston, MA 02109

Jennifer L. Mikels
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110
(Counsel for Boston Private Bank & Trust Company)

Wellesley Bank
40 Central Street
Wellesley, MA 02482

/s/ Lynne F. Riley